UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JONATHON ACOSTA, JEANINE CALKIN, LEONARNO A. CIOE, JR., GAYLE GOLDIN, TIARA MACK, and JENNIFER ROURKE,<br>    *Plaintiffs*, | : : : : : : | |
| vs. | : : | C.A. No. 1:20-cv-00262-MSM-LDA |
| JUAN PABLO RESTREPO, BRYANT A. ESTRADA, and EMMANUEL L. LYTE, solely in their official capacity as members of the Central Falls Board of Canvassers; ALBERTO DEBURGOS, solely in his official capacity as Clerk of the Central Falls Board of Canvassers; JANICE PUCCI, GARY E. WYNKOOP, and NICHOLAS BIANCO, solely in their official capacity as members of the North Providence Board of Canvassers; DENISE A. VASQUES, solely in her official capacity as the Clerk of the North Providence Board of Canvassers; MARIA M. PAVAO, ROBERT W. CASTLE, and EDWARD CANTONE, JR., solely in their official capacity as members of the Pawtucket Board of Canvassers; KENNETH MCGILL, solely in his official capacity as Registrar for the Pawtucket Board of Canvassers; CLAUDIA J. HAUGEN, RENAY BROOKS OMISORE, and MERCEDES BERNAL, solely in their official capacity as members of the Providence Board of Canvassers; KATHY PLACENCIA, solely in her official capacity as Administrator of Elections for the City of Providence; EDWARD MURPHY, SUSAN ABRAMSON, and DONNA J. MCDONALD, solely in their official capacity as members of the Warwick Board of Canvassers; DOROTHY MCCARTHY, solely in her official | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

| | |
|---|---|
| capacity as Director of Elections | : |
| for the City of Warwick; | : |
| NELLIE GORBEA, solely in her capacity as | : |
| Rhode Island Secretary of State; | : |
| DIANE C. MEDEROS, STEPHEN P. ERICKSON, | : |
| JENNIFER L. JOHNSON, RICHARD H. PIERCE, | : |
| ISADORE S. RAMOS, DAVID H. SHOLES, and | : |
| WILLIAM E. WEST, solely in their official | : |
| capacity as members of the | : |
| Rhode Island Board of Elections; and, | : |
| PETER NERONHA, solely in his official capacity | : |
| as Attorney General of the State of Rhode Island | : |
| *Defendants*. | : |

## ENTRY OF APPEARANCE

I, Raymond A. Marcaccio, Esquire, hereby enter my appearance on behalf of Defendants, Diane C. Mederos, Stephen P. Erickson, Jennifer L. Johnson, Richard H. Pierce, Isadore S. Ramos, David H. Sholes and William E. West, solely in their official capacity as members of the Rhode Island Board of Elections, in the above-captioned matter.

  /s/ Raymond A. Marcaccio
Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

  /s/ Raymond A. Marcaccio