UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JONATHON ACOSTA, JEANINE CALKIN, :
LEONARNO A. CIOE, JR., :
GAYLE GOLDIN, TIARA MACK, and :
JENNIFER ROURKE, :
    *Plaintiffs*, :
    :
vs. :    C.A. No. 1:20-cv-00262-MSM-LDA
    :
    :
JUAN PABLO RESTREPO, :
BRYANT A. ESTRADA, and :
EMMANUEL L. LYTE, solely in their official :
capacity as members of the Central Falls Board of :
Canvassers; :
ALBERTO DEBURGOS, solely in his official :
capacity as Clerk of the Central Falls Board of :
Canvassers; :
JANICE PUCCI, GARY E. WYNKOOP, :
and NICHOLAS BIANCO, solely in their official :
capacity as members of the North Providence :
Board of Canvassers; :
DENISE A. VASQUES, solely in her official :
capacity as the Clerk of the :
North Providence Board of Canvassers; :
MARIA M. PAVAO, ROBERT W. CASTLE, :
and EDWARD CANTONE, JR., solely in their :
official capacity as members of the :
Pawtucket Board of Canvassers; :
KENNETH MCGILL, solely in his official capacity :
as Registrar for the Pawtucket Board of Canvassers; :
CLAUDIA J. HAUGEN, :
RENAY BROOKS OMISORE, and :
MERCEDES BERNAL, solely in their :
official capacity as members of the :
Providence Board of Canvassers; :
KATHY PLACENCIA, solely in her official :
capacity as Administrator of Elections :
for the City of Providence; :
EDWARD MURPHY, SUSAN ABRAMSON, :
and DONNA J. MCDONALD, solely in their :
official capacity as members of the :
Warwick Board of Canvassers; :
DOROTHY MCCARTHY, solely in her official :

| | |
|---|---|
| capacity as Director of Elections | : |
| for the City of Warwick; | : |
| NELLIE GORBEA, solely in her capacity as | : |
| Rhode Island Secretary of State; | : |
| DIANE C. MEDEROS, STEPHEN P. ERICKSON, | : |
| JENNIFER L. JOHNSON, RICHARD H. PIERCE, | : |
| ISADORE S. RAMOS, DAVID H. SHOLES, and | : |
| WILLIAM E. WEST, solely in their official | : |
| capacity as members of the | : |
| Rhode Island Board of Elections; and, | : |
| PETER NERONHA, solely in his official capacity | : |
| as Attorney General of the State of Rhode Island | : |
| *Defendants*. | : |

## AFFIDAVIT OF ISAIRIS BURCHFIELD IN SUPPORT OF BOARD OF ELECTIONS DEFENDANTS' MEMORANDUM OF OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER

I, Isairis Burchfield, under oath depose and state as follows:

1. I submit this Affidavit in support of the Opposition to Plaintiffs' Motion for Temporary Restraining Order filed by Defendants Diane C. Mederos, Stephen P. Erickson, Jennifer L. Johnson, Richard H. Pierce, Isadore S. Ramos, David H. Sholes, and William E. West, solely in their official capacities (collectively, the "Board"). The information contained herein is based upon my own knowledge, information and belief.

2. I am a member of the staff of the Board, specializing in campaign finance.

3. On May 20, 2020, Plaintiff Tiara Mack ("Mack") came to the Board at 2000 Plainfield Pike, Cranston, Rhode Island to notarize her signature on her CF-1 form—the Notice of Organization of her campaign committee.

4. Mack personally came to the Board offices and I notarized her signature.

5. On June 9, 2020, I saw Plaintiff Jennifer Rourke ("Rourke") at the Board offices. Rourke was dropping off handwritten CF-1 forms for two candidates running for municipal office. To my knowledge, she had no personal business at the Board that day.

2

6.  Rourke and I spoke for approximately 7 minutes. Our discussion included the recent incident at her Zoom town hall. It was an emotional discussion, and we embraced.

7.  Shortly thereafter another campaign finance staff member, Anthony Desmarais, came out of his office. I observed them speaking for approximately 10 minutes.

Signed under the pains and penalties of perjury this 23rd day of June, 2020.

_____
Isairis Burchfield

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Cranston on this 23rd day of June, 2020, before me personally appeared Isairis Burchfield, to me known and known by me to be the person executing the foregoing instrument and she acknowledged said instrument, by her executed, to be her free act and deed.

RICHARD E. THORNTON
Notary Public
State of Rhode Island
My Comm. Expires August 22, 2023

_____
Notary Public
My commission expires: 8/22/2023
#51884

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Raymond A. Marcaccio

3