**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JONATHON ACOSTA, ET AL**

    **VS.**　　　　　　　　　　　　　　　　**C.A. NO. 1:20-cv-00262-MSM-LDA**

**JUAN PABLO RESTREPO, ET AL**

**STIPULATION**

    It is hereby agreed between the plaintiffs and defendants, Claudia J. Haugen, Renay Brooks Omisore, and Mercedes Bernal, solely in their official capacity as members of the Providence Board of Canvassers, and Kathy Placencia, solely in her official capacity as Administrator of Elections for the City of Providence, that said defendants may answer, plead or otherwise respond to plaintiffs' complaint on or before August 17, 2020.

                                          DEFENDANT,
                                          CITY OF PROVIDENCE
                                          By their Attorney

                                          JEFFREY DANA
                                          CITY SOLICITOR

                                          /s/Kevin F. McHugh
                                          Kevin F. McHugh (#3927)
                                          Senior Assistant City Solicitor
                                          City of Providence
                                          City Solicitor's Office
                                          444 Westminster Street, Suite 220
                                          Providence, RI 02903
                                          (401) 680-5333
                                          (401) 680-5520 (Fax)
                                          Kmchugh@providenceri.gov

**CERTIFICATION**

       I hereby certify that I have filed the within with the United States District Court on the 8th day of July, 2020, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Armando E. Batastini
NIXON PEABODY LLP
abatastini@nixonpeabody.

Michael B. Forte, Jr., Esq.
OLENN & PENZA, LLP
mbf@olenn-penza.com

Angel Taveras, Es1.
GREENBERG TRAURIG, LLP
taverasa@gtlaw.com

Matthew Jerzyk, Esq.
City Solicitor
City of Central Falls
mjerzyk@centralfallsri.us

Michael W. Field, Esq.
Assistant Attorney General
mfield@riag.ri.gov

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
RAM@om-rilaw.com

Timothy M. Bliss, Esq.
tbliss@timblisslaw.com

                                                                      /s/Kevin F. McHugh