## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JONATHON ACOSTA, *et al.* : | |
| : | |
| : | |
| Plaintiffs, : | |
| v. : | C.A. No. 1:20-cv-00262-MSM-LDA |
| : | |
| : | |
| JUAN PABLO RESTREPO, *et al.* : | |
| : | |
| Defendants : | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims in the Complaint are dismissed with prejudice and no fees or costs to any party.

Plaintiffs,
**JONATHON ACOSTA, JEANINE CALKIN, LEONARD CIOE, GAYLE GOLDIN, TIARA MACK, and JENNIFER ROURKE**
By their attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (# 6016)
Cooperating Attorney, American Civil Liberties Union of Rhode Island
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
Tel:   (401) 454-1000
Fax:   (401) 454-1030
E-mail: abatastini@nixonpeabody.com

Defendants,
**JUAN PABLO RESTREPO , BRYANT A. ESTRADA, and EMMANUEL L. LYTE,** solely in their official capacity as members of the Central Falls Board of Canvassers; **ALBERTO DEBURGOS,** solely in his official capacity as Clerk of the Central Falls Board of Canvassers
By their attorneys,

/s/  Matthew T. Jerzyk
Matthew T. Jerzyk (#7945)
The Law Offices of Matthew Jerzyk LLC
260 West Exchange Street, Suite 102A
Providence, RI  02903
Tel:  (401) 757-0370
E-mail:  mjerzyk@gmail.com

And

|  |  |
|---|---|
|  | /s/ Michael B. Forte<br>Michael B. Forte, Jr., (#7943)<br>Lonardo & Forte, LLP<br>2980 West Shore Road<br>Warwick, RI 02886<br>Tel:  (401 542-4100<br>E-mail:  mforte@alftlaw.com |
| Defendants,<br>**JANICE PUCCI, GARY E. WYNKOOP, and NICHOLAS BIANCO, solely in their official capacity as members of the North Providence Board of Canvassers; and DENISE A. VASQUES, solely in her official capacity as the Clerk of the North Providence Board of Canvassers**<br>By their Attorneys, | Defendants,<br>**MARIA M. PAVAO, ROBERT W. CASTLE, and EDWARD CANTONE, JR., solely in their official capacity as members of the Pawtucket Board of Canvassers; and KENNETH MCGILL, solely in his official capacity as Registrar for the Pawtucket Board of Canvassers**<br>By theirs Attorneys, |
| /s/ Michael B. Forte<br>Michael B. Forte, Jr., (#7943)<br>Lonardo & Forte, LLP<br>2980 West Shore Road<br>Warwick, RI 02886<br>Tel:  (401 542-4100<br>E-mail:  mforte@alftlaw.com | /s/  Frank J. Milos, Jr.<br>Frank J. Milos, Jr., (#4808)<br>City Solicitor<br>City of Pawtucket<br>137 Roosevelt Avenue<br>Pawtucket, RI  02860<br>Tel:  (401) 728-0500 x274<br>E-mail:  fmilos@pawtucketri.com |
| Defendants,<br>**CLAUDIA J. HAUGEN, RENAY BROOKS OMISORE, and MERCEDES BERNAL, solely in their official capacity as members of the Providence Board of Canvassers; and KATHY PLACENCIA, solely in her official capacity as Administrator of Elections for the City of Providence**<br>By their Attorneys, | Defendants,<br>**EDWARD MURPHY, SUSAN ABRAMSON, and DONNA J. MCDONALD, solely in their official capacity as members of the Warwick Board of Canvassers; DOROTHY MCCARTHY, solely in her official capacity as Director of Elections for the City of Warwick**<br>By their Attorneys, |
| /s/  Kevin F McHugh<br>Kevin F. McHugh, (#3927)<br>Senior Assistant City Solicitor<br>Providence Law Department | /s/  Timothy M. Bliss<br>Timothy M. Bliss, (#6228)<br>Center Place<br>50 Park Row West-Suite 101 |

| | |
|---|---|
| 444 Westminster Street, Suite 220<br>Providence, RI  02903<br>Tel:  (401)  680-5333<br>E-mail:  Kmchugh@providenceri.gov | Providence, RI  02903<br>Tel: (401) 274-2100)<br>E-mail:  tbliss@timblisslaw.com |
| Defendants,<br>**NELLIE GORBEA, solely in her capacity as Rhode Island Secretary of State**<br>By her Attorney, | Defendants,<br>**DIANE C. MEDEROS, STEPHEN P. ERICKSON, JENNIFER L. JOHNSON, RICHARD H. PIERCE, ISADORE S. RAMOS, DAVID H. SHOLES, and WILLIAM E. WEST, solely in their official capacity as members of the Rhode Island Board of Elections**<br>**By their Attorneys,** |
| /s/  Angel Tavares<br>Angel Tavares (#5552)<br>Womble Bond Dickinson (US) LLP<br>470 Atlantic Avenue<br>Suite 600<br>Boston, MA  02110<br>Tel: (857)287-3100<br>E-mail:  angel.taveras@wbd-us.com | /s/  Raymond A. Marcaccio<br>Raymond A. Marcaccio (#3569)<br>Santiago H. Posas, (#9519)<br>Oliverio & Marcaccio LLP<br>55 Dorrance Street, Suite 400<br>Providence, RI  02903<br>Tel: (401) 861-2900<br>E-mail:  ram@om-rilaw.com |

Defendants,
**PETER NERONHA, solely in his official capacity as Attorney General of the State of Rhode Island**
**By his Attorneys,**

/s/  Michael E. Field
Michael W. Field, (#5809)
Assistant Attorney General
150 South Main Street
Providence, RI  02903
Tel:  (401)  274-4400, x2380
E-mail:  mfield@riag.ri.gov

And

/s/  Miriam Weizebaum
Miriam Weizebaum, (#5182)
Chief, Civil Division
Assistant Attorney General
150 South Main Street
Providence, RI  02903
Tel:  (401) 274-4400, x2303
E-mail:  mweizenbaum@riag.ri.gov

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically served a copy of the within Stipulation of Dismissal via the Court's Electronic Filing System to all counsel of record registered and able to receive Electronic Filings in this case on this 1st day of September, 2021.

                              /s/ Armando E. Batastini